State v. Davis

---

*Basil L. Whitener and Anne M. Lamm for plaintiff.*

*Hollowell, Stott and Hollowell by Grady B. Stott for defendant.*

---

STATE OF NORTH CAROLINA v. LEROY DAVIS

No. 7226SC165

(Filed 26 April 1972)

**Criminal Law § 155.5— failure to docket record in apt time**
> Appeal is subject to dismissal where the record on appeal was docketed more than 90 days from the date of the judgment appealed from and no extension of time within which to docket the case was granted. Court of Appeals Rule 48.

APPEAL by defendant from *McLean, Judge,* 12 July 1971 Session of Superior Court held in MECKLENBURG County.

The defendant was charged in a bill of indictment, proper in form, with possession of 97 bags of the narcotic drug heroin. The defendant pleaded not guilty and was found guilty by a jury. From a judgment imposing a prison sentence of four years and nine months, the defendant appealed.

*Attorney General Robert Morgan and Associate Attorney Ralf F. Haskell for the State.*

*J. Marshall Haywood for defendant appellant.*

State v. Jackson

HEDRICK, Judge.

The judgment appealed from was entered on 5 August 1971. The record on appeal was not docketed in this Court until 23 December 1971, which is more than ninety days from the date of the judgment. No extension of time within which to docket the case on appeal in this Court has been granted. This appeal is subject to dismissal for the defendant's failure to comply with the Rules of Practice in this Court. Rule 48. Nevertheless, we have carefully reviewed the record and find and hold that the defendant had a fair trial free from prejudicial error.

Appeal dismissed.

Judges BROCK and VAUGHN concur.